IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 10-162 |
| | ) |
| JORGE TORRES-PEREZ, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 30th day of August, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered August 26, 2010, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, September 1, 2010 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster           ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: Charles A. Eberle,
Assistant United States Attorney

Jay J. Finkelstein,
Assistant Federal Public Defender

Ana Lahr,
Court Interpreter

U.S. Marshal

U.S. Pretrial Services

U.S. Probation